# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFER MEODED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2: 10-cv-0146 |
| | ) |
| JANET NAPOLITANO, Secretary, | ) |
| Department of Homeland Security, | ) |
| | ) |
| Defendant. | |

## MEMORANDUM ORDER OF COURT

Presently before the Court for disposition is the MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, with brief in support, filed by Defendant, Janet Napolitano, Secretary, Department of Homeland Security (Document Nos. 7 and 8). Counsel for Plaintiff has advised the Court that he does not oppose the Motion to Dismiss.

Accordingly, the Motion to Dismiss, or in the alternative, Motion for Summary Judgment is **GRANTED** as Plaintiff's immigration application for adjustment of status has already been adjudicated and the relief granted. Therefore, the case is now moot.

The Clerk of Court shall docket this case closed.

So **ORDERED** this 25th day of August, 2010.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

1

cc: Mark A. Goldstein
Goldstein & Associates
Email: mgoldstein@mglaw.com

Paul D. Kovac,
Assistant U.S. Attorney
Email: paul.kovac@usdoj.gov